IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JORGE ALBERTO LOZA GUTIERREZ,<br><br>                Defendant. | **CASE NO. 8:09CR139**<br><br>**ORDER** |

This matter is before the Court on the government's motions for dismissal (Filing Nos. 97 and 98).  Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.  The motions are identical, and the duplicative motion will be denied as moot.

      IT IS ORDERED that

      1.      The government's first Motion for Dismissal (Filing No. 97)  is granted; and

      2.      The government's second motion (Filing No. 98) is denied as moot.

Dated this 26th day of March, 2013.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                Chief United States District Judge